IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHAN S. CASEY, JR., # 097085,   )
                                   )
        Petitioner,           )
                                   )
    v.                    )  Civil Action No. 2:16cv114-WHA
                                   )         [WO]
LEON FORNISS, *et al.,*       )
                                   )
        Respondents.      )

## ORDER

On December 14, 2017, the Magistrate Judge filed a Recommendation (Doc. # 20) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 20) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 10th day of January, 2018.

        /s/  W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE